PROB 22
(MD/PA 4/2016)

DOCKET NUMBER *(Tran. Court)*

0314 1:08CR00314-001

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Richard D. Byrd | Middle District of Pennsylvania | Harrisburg |
| | **NAME OF SENTENCING JUDGE** The Honorable William W. Caldwell | |
| | **DATES OF SUPERVISED RELEASE** | **FROM** May 12, 2017 / **TO** May 11, 2022 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute Heroin and at Least 50 Grams of Cocaine Base (Crack)  21 USC 846; Distribution and Possession with Intent to Distribute Heroin  21 USC 841(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   Pennsylvania

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Maryland   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

5/27/2020
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF   Maryland

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

I hereby attest and certify on June 02, 2020 that the foregoing document is a full, true and correct copy of the originals on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

6/3/2020
*Effective Date*

/s/- Richard D. Bennett
*United States District Judge*