AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

FID 2933089

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.

Richard D. Byrd
Defendant

Case No. RDB-20-0145

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard D. Byrd

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Alleged Violations of Supervision

Date: December 23, 2021

By: H. Lee, Deputy Clerk

Address: 101 W. Lombard Street
Baltimore, MD 21201

Catherine M. Stavlas, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 12/23/2021 05/11/2022, and the person was arrested on *(date)* 05/11/2022
at *(city and state)* Harrisburg, PA

Date: 05/11/2022

*Arresting officer's signature*

S. Alexander, DUSM
*Printed name and title*