IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                             Case No. RDB-20-0145

RICHARD BYRD

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by \_\_Christian Lassiter, AFPD\_\_, and the Government was represented by Assistant United States Attorney \_\_Matthew Phelps\_\_, it is

**ORDERED**, this \_\_25th\_\_ day of \_\_May\_\_ \_\_2022\_\_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge